UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**Nos. 18-3538, 18-3586, 18-3590, 18-3664, 19-2909 & 19-2917**

United States v. Burgos-Montanez
United States v. J. Vega-Arizmendi
United States v. Hodge
United States v. Quinones-Davila
United States v. Gutierrez-Calderon
United States v. A. Vega-Arizmendi

To:   Clerk

1)   Unopposed Motion by Appellee to Stay Briefing Schedule in Appeal Nos. 18-3586, 18-3590, and 19-2909

---

To the extent the foregoing motion seeks to coordinate briefing in the above cases for the purpose of Appellee's consolidated response brief, the motion is granted. The above-docketed appeals are hereby consolidated for purposes of Appellee's brief and disposition only. Appellee's brief must be filed and served within 21 days of the date of service of the last appellant's brief.

The parties are hereby directed to electronically file documents on the Court's docket as follows:

Appellants: All motions and briefs must be filed only in the appeal number assigned to the filer's notice of appeal. If a document is being filed jointly by multiple appellants, the document must be filed only in the appeal numbers assigned to the filing appellants.

Appellee: All motions should be filed only in those cases for which the relief is being requested. The consolidated response brief must be filed in all appeals to which the appellee is responding.

The parties are hereby advised that failure to file documents in the appropriate case may result in the issuance of a noncompliance order. If any party is unsure how to file a particular document, he or she should call the case manager prior to filing the document.


For the Court,

 s/ Patricia S. Dodszuweit
Clerk


Dated: June 14, 2021
Tmm/cc: All Counsel of Record