UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **19-2909**

United States v. Gutierrez-Calderon

To:    Clerk

1) Motion by Mark A. Milligan, Esquire, to Withdraw as Counsel for Petitioner

2) Motion by Petitioner's New Counsel to File a Supplemental Brief

    The motion of Mark A. Milligan, Esquire, to withdraw as counsel for Petitioner is granted based on the entry of appearance of new counsel Jennie Mariel Espada, Esquire.

    Petitioner's new counsel is not automatically permitted to file a new opening brief. A party is entitled to only one principal brief, and Petitioner's brief has already been filed. Because the Court disfavors redundant briefing and incohesive representation, new counsel should not seek permission to file a supplemental brief; she should seek permission to file a substitute opening brief addressing all issues on appeal. Any motion to file a substitute opening brief must be filed and served within ten (10) days from the date of this order. Alternatively, new counsel may adopt the brief already filed on behalf of Petitioner. If counsel elects this option, she must notify the Court of her intent to adopt Petitioner's previously filed brief by the same 10-day deadline.

    The Clerk's Office will set a deadline for Respondent's brief after Petitioner advises the Court how she elects to proceed.


For the Court,

s/ Patricia S. Dodszuweit
Clerk

cc: Mark A. Milligan, Esq.
Jennie M. Espada-Ocasio, Esq.
Adam Sleeper, Esq.
Everard E. Potter, Esq.